1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9    JAMES SUKNAICH,                              CASE NO.    1:09-cv-473-MJS (PC)

10                      Plaintiff,                ORDER DENYING MOTION FOR 180 DAY
                                                 EXTENSION OF TIME (DOC. 14)
11        v.                                              AND
                                                 DENYING MOTION FOR ACCESS (DOC. 15)
12   JAMES YATES, et al.,

13                      Defendants.

14   _____/

15

16       Plaintiff James Suknaich ("Plaintiff") is a state prisoner proceeding pro se and in forma

17   pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Before the Court are Plaintiff's

18   Motion for 180 day Extension of Time to study and gain access to logs and reports  (Docket # 14)

19   and Plaintiff's Motion for Access to Logs, Duty Roster, and Incident Reports (Docket # 15).  These

20   motions in effect seek discovery on the claims asserted in Plaintiff's First Amended Complaint.

21       The discovery phase of this litigation is not yet open.  Plaintiff is directed to paragraph eight

22   of the Court's First Informational Order, filed March 16, 2009.  In that order, Plaintiff was

23   specifically informed that he may not conduct discovery until Defendants file an answer and the

24   Court issues a discovery order.  The Court is required to screen complaints brought by prisoners

25   seeking relief against a governmental entity or officer or employee of a governmental entity.  28

26   U.S.C. § 1915A(a).  The Court must dismiss a complaint or portion thereof if the prisoner has raised

27   claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be

28   granted, or that seek monetary relief from a defendant who is immune from such relief.  28 U.S.C.

1

1    § 1915A(b)(1),(2).  If the Court finds that any of Plaintiff's claims are cognizable, it will order the

2    United States Marshall to serve the complaint on the relevant defendants.   Once an answer is

3    received, the Court will issue a scheduling order.  Until that time, Plaintiff is not entitled to conduct

4    any discovery.

5              Accordingly, it is hereby ORDERED that:

6    1.    Plaintiff's Motion for 180 day extension of time to study and gain access to logs and reports

7          (Docket # 14) is DENIED;

8    2.    Plaintiff's Motion for Access to Logs, Duty Roster, and Incident Reports (Docket # 15) is

9          DENIED.

10

11

12   IT IS SO ORDERED.

13   Dated:    June 14, 2010                    /s/ *Michael J. Seng*
                                          UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28