# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SUKNAICH, | 1:09-cv-0473-MJS (PC) |
| Plaintiff, | |
| v. | ORDER APPOINTING COUNSEL |
| JAMES YATES, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff James Suknaich ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to the Magistrate Judge handling all matters in this action. (ECF No. 7.)

The Court finds that appointment of counsel for Plaintiff is warranted for the limited purpose of assisting Plaintiff identify the Doe Defendants and filing a complaint, or amended complaint, if necessary. Carol A. Moses has been selected by random draw from the Court's pro bono attorney panel to represent Plaintiff.

Accordingly, IT IS HEREBY ORDERED that:

1. Carol A. Moses is appointed limited purpose counsel in the above entitled matter. This appointment is for the limited purpose of assisting Plaintiff identify Doe Defendants and filing a complaint, or amended complaint, if necessary.

2. Carol A. Moses has ninety (90) days from the date of service of this order in which to provide the Court with additional information identifying Doe Defendants, and file a complaint, or amended complaint, if necessary.  Ms. Moses's appointment will terminate when Defendants have filed an answer to Plaintiff's complaint.

3. Carol A. Moses shall notify Sujean Park, at (916) 930-4278, or via email at spark@caed.uscourts.gov, if she has any questions related to the appointment.

4. The Clerk of the Court is directed to serve a copy of this order upon Carol A. Moses, Attorney at Law, 575 East Alluvial Avenue, Suite 105, Fresno, California 93720.

IT IS SO ORDERED.

Dated:   February 7, 2012             /s/ *Michael J. Seng*
                                       UNITED STATES MAGISTRATE JUDGE