UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SUKNAICH, | 1:09-cv-0473-MJS (PC) |
| Plaintiff, | ORDER GRANTING MOTION FOR TERMINATION OF COUNSEL |
| v. | (ECF No. 34) |
| JAMES YATES et al., | |
| Defendants. | |

Plaintiff James Suknaich ("Plaintiff") is a state prisoner proceeding in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to the Magistrate Judge handling all matters in this action. ( ECF No. 7.)

Plaintiff initiated this action on March 13, 2009. (Compl., ECF No. 1.) The Court screened Plaintiff's Complaint, found that it did not state a claim, and gave Plaintiff leave to amend. (ECF No. 10.) On August 31, 2009, Plaintiff filed an Amended Complaint. (ECF No. 13.) Again, the Court screened Plaintiff's Amended Complaint, found that it did not state a claim, and gave Plaintiff leave to amend. (ECF No. 18.) Plaintiff then filed a Second Amended Complaint (ECF No. 21), with similar results (ECF No. 22). Plaintiff filed a Third Amended Complaint, which the Court has not yet screened. (ECF No. 25.)

-1-

Plaintiff's Third Amended Complaint, like his previous pleadings, is deficient because Plaintiff fails to name any individual defendants. (ECF No. 25.) Since Plaintiff cannot not continue this action without a named defendant, the Court appointed counsel for the limited purpose of discovering the names of potential defendants. (ECF No. 28.)

Plaintiff's counsel has filed a motion indicating that she has been unable to identify the names of potential defendants and that she wishes to terminate her representation. (ECF No. 34.) In connection with her motion, Plaintiff's counsel has filed a declaration reflecting that she made an effort to fulfill her responsibilities. (ECF No. 34-1.) Plaintiff has not filed any objections to the motion.

Accordingly, since Plaintiff's counsel has fulfilled her responsibilities, she is now relieved from all duties as counsel in this matter.

IT IS SO ORDERED.

Dated:   September 24, 2012             /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE