UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SUKNAICH, | CASE NO. 1:09-cv-473-MJS (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR STATUS |
| v. | (ECF No. 35) |
| JAMES YATES, et al., | |
| Defendants. | |
| / | |

Plaintiff James Suknaich ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On September 17, 2012, Plaintiff filed a motion asking the Court to inform him of the status of his case. (ECF No. 35.)

Plaintiff's motion is hereby GRANTED.

Plaintiff initiated this action on March 13, 2009. (ECF No. 1.) The Court screened Plaintiff's Complaint, found that it did not state a claim, and gave Plaintiff leave to amend. (ECF No. 10.) On August 31, 2009, Plaintiff filed an Amended Complaint. (ECF No. 13.) Again, the Court screened Plaintiff's Amended Complaint, found that it did not state a claim, and gave Plaintiff leave to amend. (ECF No. 18.) Plaintiff then filed a Second Amended Complaint (ECF No. 21), with similar results (ECF No. 22).

Plaintiff filed a Third Amended Complaint, but like his previous pleadings, it was

1  deficient because Plaintiff failed to name any individual defendants who could be liable for
2  the actions alleged in his pleadings.  (ECF No. 25.)  Since Plaintiff could not continue this
3  action without any named defendants, the Court appointed counsel for the limited purpose
4  of discovering the names of potential defendants.  (ECF No. 28.)  Plaintiff's counsel was
5  unable to discover any helpful information and the counsel appointment has since been
6  terminated.  (ECF Nos. 34 & 36.)
7          Accordingly, the Court issued an Order directing Plaintiff to identify by name the
8  parties responsible for the actions alleged in his pleadings or show cause why his case
9  should not be dismissed for failure to prosecute.  (ECF No. 37.)  Plaintiff has responded
10 with what appears to be an amended pleading with names of responsible parties.  (ECF
11 No. 40.)
12         Accordingly, the Court will screen Plaintiff's amended pleading in due course and
13 then issue such orders as prove appropriate.
14 IT IS SO ORDERED.
15 Dated:    March 28, 2013              /s/ *Michael J. Seng*
                                          UNITED STATES MAGISTRATE JUDGE