UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SUKNAICH,<br><br>     Plaintiff,<br><br>     v.<br><br>JAMES YATES, et al.,<br><br>     Defendants. | 1:09-cv-0473-MJS (PC)<br><br>VOLUNTARY DISMISSAL OF ACTION<br><br>(ECF No. 43)<br><br>CLERK SHALL CLOSE CASE |

   Plaintiff James Suknaich ("Plaintiff") is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

   This action was initiated on March 13, 2009. (ECF No. 1.) On April 25, 2013, Plaintiff filed a notice with the Court asking that his Complaint be voluntarily dismissed. (ECF No. 43.)

   Under Fed. R. Civ. P. 41(a)(1)(A), a plaintiff may dismiss an action without a court order by filing a notice of dismissal.

   Accordingly, pursuant to Fed. R. Civ. P. 41, this action is hereby DISMISSED without prejudice.

   The Clerk shall CLOSE this case.

IT IS SO ORDERED.

   Dated:   April 29, 2013                    /s/ *Michael J. Seng*
                                              UNITED STATES MAGISTRATE JUDGE

1